Ziulkowski & Associates, PLC

17001 Nineteen Mile Rd., Suite 1-D
Clinton Township, MI 48038
www.zaplc.com

| In Re: |
|---|
| Kathleen Porman |
| 17470 Yorktown |
| Macomb, MI 48044 |

| Case # | Trustee |
|---|---|
| 12-60641-pjs | Krispen S. Carroll |

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| **001- Case Management** | | | | |
| 5/18/2012 JMZ | 001- Case Management<br>Initial meeting with client to discuss bankruptcy and non-bankruptcy options. Review engagement agreement with client and client information packet. | | 0.60<br>245.00/hr | 147.00 |
| 5/22/2012 JMZ | 001- Case Management<br>Call from client asking to put hold on file until the end of June. Will call when ready to move forward. | | 0.10<br>245.00/hr | NO CHARGE |
| 6/17/2012 JMZ | 001- Case Management<br>Initial consultation with client to discuss bankruptcy and non-bankruptcy options; the Chapter 13 process; discussed payment orders and other Chapter 13 necessities; answered numerous questions regarding changes in income and how the Chapter 13 will affect client's mortgage and home; went through client information packet. | | 1.10<br>245.00/hr | 269.50 |
| 7/6/2012 JMZ | 001- Case Management<br>Call from client indicating she is ready to move forward with case. | | 0.10<br>245.00/hr | 24.50 |
| 7/9/2012 JMZ | 001- Case Management<br>Prepared first draft of petition and schedules based on client documentation; conducted due diligence research regarding assets and liabilities. Review due diligence report. Drafted detailed correspondence to client regarding first draft review and outstanding documentation and information needed to finalize schedules and plan. | | 1.30<br>245.00/hr | 318.50 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/11/2012 | JMZ | 001- Case Management<br>Call from client with various questions about chapter 13 case in general. | 0.10<br>245.00/hr | 24.50 |
| 7/23/2012 | JMZ | 001- Case Management<br>Prepared second draft of petition and schedules based on client's revisions to first draft and documentation provided; draft detailed correspondence to client regarding documentation needed to finalize plan and means test as well as information regarding completion of the credit counseling course. | 0.50<br>245.00/hr | 122.50 |
| 9/4/2012 | AEM | 001- Case Management<br>Meeting with client for final review and signing of petition, schedules and plan; discussed plan payments, what to expect during the process and client's responsibilities. | 0.80<br>225.00/hr | 180.00 |
| 9/19/2012 | AEM | 001- Case Management<br>Finalized petition, schedules and means test for client review, signing and filing. | 0.80<br>225.00/hr | 180.00 |
| 9/27/2012 | AEM | 001- Case Management<br>Telephone call from client regarding questions about payment order and plan payments; discussed need to budget for the bills that are owed once a year. | 0.30<br>225.00/hr | 67.50 |
| 12/11/2012 | AEM | 001- Case Management<br>Telephone call from client regarding adjourned hearing and additional medical expenses for co-pays and other chronic health conditions. | 0.20<br>225.00/hr | 45.00 |
| 12/19/2012 | AEM | 001- Case Management<br>Telephone call from client regarding questions about losing the filed schedules and plan; re-sent same to client to replace her lost copy. | 0.20<br>225.00/hr | 45.00 |
| 1/3/2013 | AEM | 001- Case Management<br>Brief meeting with client to discuss documents requested by Trustee; answered numerous questions regarding her budget. | 0.20<br>225.00/hr | 45.00 |
| 1/8/2013 | AEM | 001- Case Management<br>Review verification of health insurance and health care expenses; updated paystubs and life insurance policy provided by the client; reviewed filed; forwarded same to Trustee. | 0.30<br>225.00/hr | 67.50 |
| 1/14/2013 | AEM | 001- Case Management<br>Telephone conversation with Nicole Eagger regarding outstanding Trustee's objections and possible resolution. | 0.10<br>225.00/hr | 22.50 |
|  | AEM | 001- Case Management<br>Review file and trustee's objections to make sure case is on track to be confirmed at the upcoming confirmation hearing. | 0.30<br>225.00/hr | 67.50 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/29/2013 | AEM | 001- Case Management<br>Telephone call with Debtor regarding possible best effort increase to make her 100% plan; not possible so we discussed her medical condition that is getting worse and the increased medical expenses as well as the affidavit of special circumstance and amended plan. | 0.20<br>225.00/hr | 45.00 |
|  | AEM | 001- Case Management<br>Drafted affidavit of special circumstance based on Debtor's medical condition and the need for home maintenance assistance for Debtor's review and signature | 0.30<br>225.00/hr | 67.50 |
| 2/4/2013 | AEM | 001- Case Management<br>Review notice of post petition mortgage fees, expenses and charges. | 0.10<br>225.00/hr | 22.50 |
|  | AEM | 001- Case Management<br>Telephone call from client regarding questions about a slip and fall in a department store and the procedures to take in order to get the medical expenses covered. | 0.20<br>225.00/hr | 45.00 |
| 3/12/2013 | JMZ | 001- Case Management<br>Draft detailed correspondence to client regarding confirmation of case and client's responsibilities while case is pending. | 0.10<br>245.00/hr | 24.50 |
|  |  | SUBTOTAL: | [ 7.90 | 1,831.00] |
|  |  | **002 - Chapter 13 Plan** |  |  |
| 9/19/2012 | AEM | 002 - Chapter 13 Plan<br>Drafted Chapter 13 Plan | 0.40<br>225.00/hr | 90.00 |
| 1/29/2013 | AEM | 002 - Chapter 13 Plan<br>Amended the Chapter 13 Plan to calculate payments on the worksheet Bi-Weekly instead of Monthly pursuant to the Trustee's request; calculated step payments and bi-weekly periods in each step payment. | 0.40<br>225.00/hr | 90.00 |
|  |  | SUBTOTAL: | [ 0.80 | 180.00] |
|  |  | **003 - 341 Hearing** |  |  |
| 10/23/2012 | JMZ | 003 - 341 Hearing<br>Review 341 Status sheet; prepared IRS Form 2848 for income tax refunds. | 0.20<br>245.00/hr | 49.00 |
| 10/26/2012 | AEM | 003 - 341 Hearing<br>Meeting with client before 341 hearing to discuss Trustee's status sheet as well as what to expect; attended 341 hearing; meeting with client after the hearing to discuss possible amendments, need to provide proof of | 2.10<br>225.00/hr | 472.50 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
|  | expenses as well as possible best effort increase. |  |  |  |
|  | SUBTOTAL: |  | [ 2.30 | 521.50] |

### 005 - Claims Administration

| Date | Initials | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/21/2012 | JMZ | 005 - Claims Administration<br>Review of Claim #1-Discover Bank for accuracy and proof of ownership; reviewed file to compare with schedules and draft correspondence to client. | 0.10<br>245.00/hr | 24.50 |
| 9/28/2012 | AEM | 005 - Claims Administration<br>Review of Claim #2-Ford Motor Credit; Claim #3-Macy's; Claim #4-Norstrom for accuracy and proof of ownership; reviewed file to compare with schedules and draft correspondence to client. | 0.20<br>225.00/hr | 45.00 |
| 10/5/2012 | JMZ | 005 - Claims Administration<br>Review of Claim #5-Portofolio Recovery Partners; Claim #6-American Express and Claim #7-Target for accuracy and proof of ownership; reviewed file to compare with schedules and draft correspondence to client. | 0.20<br>245.00/hr | 49.00 |
| 10/12/2012 | AEM | 005 - Claims Administration<br>Review of Amended Claim #1- Discover Bank to ascertain reason for amendment as well as for accuracy and proof of ownership; reviewed file to compare with schedules and draft correspondence to client. | 0.10<br>225.00/hr | 22.50 |
| 11/9/2012 | JMZ | 005 - Claims Administration<br>Review of Claim #8-Quantum3 for accuracy and proof of ownership; reviewed file to compare with schedules and draft correspondence to client. | 0.10<br>245.00/hr | 24.50 |
| 11/16/2012 | JMZ | 005 - Claims Administration<br>Review of Claim #9-Quantum3 for accuracy and proof of ownership; reviewed file to compare with schedules and draft correspondence to client. | 0.10<br>245.00/hr | 24.50 |
| 12/7/2012 | JMZ | 005 - Claims Administration<br>Review of Claim #10-Jefferson Capital Systems for accuracy and proof of ownership; reviewed file to compare with schedules and draft correspondence to client. | 0.10<br>245.00/hr | 24.50 |
| 12/21/2012 | AEM | 005 - Claims Administration<br>Review of Claim #11-Quantum3-Sears and Claim #12-Capital One Bank for accuracy and proof of ownership; reviewed file to compare with schedules and draft correspondence to client. | 0.10<br>225.00/hr | 22.50 |

|            |     |                                                                                                                                                                                                                                 | Hrs/Rate            | Amount  |
|------------|-----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|---------------------|---------|
| 1/12/2013  | JMZ | 005 - Claims Administration<br>Review of Claim #13-Portfolio Recovery for accuracy and proof of ownership; reviewed file to compare with schedules and draft correspondence to client.                                          | 0.10<br>245.00/hr   | 24.50   |
| 1/28/2013  | AEM | 005 - Claims Administration<br>Review of Claim #14-Capital One; Claim #15-Portfolio Recovery and Claim #16-Portfolio Recovery for accuracy and proof of ownership; reviewed file to compare with schedules and draft correspondence to client. | 0.20<br>225.00/hr   | 45.00   |
| 2/1/2013   | JMZ | 005 - Claims Administration<br>Review of Claim #17-CitiMortgage for accuracy and proof of ownership; reviewed file to compare with schedules and draft correspondence to client.                                                | 0.10<br>245.00/hr   | 24.50   |
|            |     | SUBTOTAL:                                                                                                                                                                                                                       | [       1.40        | 331.00] |

006 - Confirmation

|            |     |                                                                                                                                                                                                                                                             | Hrs/Rate          | Amount |
|------------|-----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|--------|
| 10/5/2012  | AEM | 006 - Confirmation<br>Telephone call from Debtor regarding Notice of Appearance and objection to confirmation filed by Ford Motor Credit.                                                                                                                    | 0.20<br>225.00/hr | 45.00  |
| 12/5/2012  | AEM | 006 - Confirmation<br>Drafted Confirmation Hearing Certificate and proposed Order Adjourning Hearing.                                                                                                                                                        | 0.20<br>225.00/hr | 45.00  |
| 12/11/2012 | AEM | 006 - Confirmation<br>Meeting with client before status conference to discuss adjournment and the need for creditor's approval; attended status conference; meeting with client after status conference to discuss adjourned date and the need to get us the requested documentation. | 1.80<br>225.00/hr | 405.00 |
| 12/19/2012 | JMZ | 006 - Confirmation<br>Review file for whole life insurance policy and verification of health care expenses; draft detailed letter with case specific information regarding the adjourned hearing and need to provide documents to Trustee by date certain.   | 0.30<br>245.00/hr | 73.50  |
| 1/30/2013  | AEM | 006 - Confirmation<br>Prepared Confirmation Hearing Certificate and proposed Order Confirming Plan; email correspondence with Michael Hogan regarding approval of OCP and withdrawal of his objection.                                                       | 0.50<br>225.00/hr | 112.50 |
| 2/4/2013   | JMZ | 006 - Confirmation<br>Call from client with questions regarding confirmation.                                                                                                                                                                                | 0.10<br>245.00/hr | 24.50  |

Kathleen Porman                                                                                           Page    6

|              |     |                                                                                                                                                                                                                                                                              | Hrs/Rate         | Amount    |
|--------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------------|-----------|
| 2/5/2013     | AEM | 006 - Confirmation<br>Meeting with client before status conference for confirmation hearing and discussed possible adjournment based on timing of the amended plan; attended status conference; meeting with client after status conference to discuss adjournment and the need to provide updated paystubs so that I can see why the Trustee is calculating more income. | 1.10<br>225.00/hr | 247.50    |
| 2/26/2013    | AEM | 006 - Confirmation<br>Drafted Confirmation Hearing Certificate and proposed Order Confirming Plan; email correspondence with Michael Hogan regarding approval of same and withdrawal of his objection. | 0.30<br>225.00/hr | 67.50     |
| 3/5/2013     | AEM | 006 - Confirmation<br>Meeting with client before status conference to discuss Trustee's objections and possibility of having to go on the contested call; attended status conference and was able to get objections resolved and the case confirmed; meeting with client after the status conference to discuss slight best effort increase and confirmation of case. | 2.10<br>225.00/hr | 472.50    |
|              |     | SUBTOTAL:                                                                                                                                                                                                                                                                      | [    6.60        | 1,493.00] |
|              |     | For professional services rendered                                                                                                                                                                                                                                             | 19.00            | $4,356.50 |