**Ziulkowski & Associates, PLC**

**17001 Nineteen Mile Rd., Suite 1-D
Clinton Township, MI 48038
www.zaplc.com**

| In Re: |
|---|
| James & Robin Howe |
| 1569 Shore Club Drive |
| St. Clair Shores, MI 48080 |

| Case # | Trustee |
|---|---|
| 12-62389-pjs | David Wm. Ruskin |

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| **001- Case Management** | | | |
| 7/16/2012 AEM | 001- Case Management<br>Initial consultation regarding bankruptcy and non-bankruptcy options; discussed prior bankruptcy and the debt with First State Bank; answered numerous questions regarding the Chapter 13 bankruptcy process and client's responsibilities; discussed impact on lease vehicles; went through client information packet. | 1.10<br>225.00/hr | 247.50 |
| 7/17/2012 JMZ | 001- Case Management<br>Began to prepare first draft based on detailed financial questionnaire; conduct due diligence, review due diligence and credit reports; draft detailed correspondence to client regarding documentation needed to complete first draft of petition and schedules. | 0.60<br>245.00/hr | 147.00 |
| 7/27/2012 AEM | 001- Case Management<br>Review file; draft detailed correspondence to client regarding outstanding documentation needed to complete petition and schedules. | 0.30<br>225.00/hr | 67.50 |
| 8/3/2012 JMZ | 001- Case Management<br>Call from client with various questions regarding case. | 0.20<br>245.00/hr | 49.00 |
| 8/17/2012 JMZ | 001- Case Management<br>Review file; draft detailed correspondence to client regarding outstanding documentation needed to complete petition and schedules. | 0.20<br>245.00/hr | 49.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---:|---:|
| 8/31/2012 JMZ | 001- Case Management<br>Telephone call from client regarding creditor harassment; discussed how to handle and what documentation is needed to complete first draft. | | 0.30<br>245.00/hr | 73.50 |
| 9/3/2012 JMZ | 001- Case Management<br>Call from client with general questions regarding chapter 13. | | 0.20<br>245.00/hr | 49.00 |
| 9/7/2012 JMZ | 001- Case Management<br>Review documents provided by clients. Added new information to first draft of petition and schedules based on client documentation; drafted detailed correspondence to client regarding first draft review and outstanding documentation still needed to complete schedules and plan. | | 0.90<br>245.00/hr | 220.50 |
| 9/14/2012 JMZ | 001- Case Management<br>Review clients comments and remarks to first draft. Make revisions accordingly. Draft correspondence to client regarding additional questions we have and additional information we need to complete petition and scheduled. | | 0.40<br>245.00/hr | 98.00 |
| 9/24/2012 JMZ | 001- Case Management<br>Draft reminder letter to client to do the prepetition credit counseling course and other matters. | | 0.20<br>245.00/hr | 49.00 |
| 9/28/2012 JMZ | 001- Case Management<br>Call from client with questions regarding credit counseling and other matters. | | 0.10<br>245.00/hr | 24.50 |
| 10/2/2012 AEM | 001- Case Management<br>Meeting with clients for final review and signing; discussed plan payments and client's duties as well as the Chapter 13 process and court hearings. | | 0.80<br>225.00/hr | 180.00 |
| 10/8/2012 JMZ | 001- Case Management<br>Draft correspondence to client regarding filing of case and debtors' pre-confirmation requirements and obligations. | | 0.20<br>245.00/hr | 49.00 |
| 12/20/2012 JMZ | 001- Case Management<br>Draft amendments to schedules. | | 0.10<br>245.00/hr | 24.50 |
| 12/26/2012 AEM | 001- Case Management<br>Meeting with clients to review amended schedules and plan; discussed need for amendments; verification of expenses provided by client and outstanding objections to confirmation. | | 0.40<br>225.00/hr | 90.00 |
| 1/10/2013 JMZ | 001- Case Management<br>Telephone call from client with numerous questions of possible changes in circumstances in the near future. | | 0.20<br>245.00/hr | 49.00 |
| SUBTOTAL: | | [ | 6.20 | 1,467.00] |

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|

### 002 - Chapter 13 Plan

| 10/1/2012 | JMZ | 002 - Chapter 13 Plan<br>Drafted Chapter 13 Plan. | 0.50<br>245.00/hr | 122.50 |
| 11/12/2012 | JMZ | 002 - Chapter 13 Plan<br>Call from client with questions regarding plan and payments. | 0.10<br>245.00/hr | 24.50 |
| 12/20/2012 | JMZ | 002 - Chapter 13 Plan<br>Amended chapter 13 plan. | 0.20<br>245.00/hr | 49.00 |
| | | SUBTOTAL: | [    0.80 | 196.00] |

### 003 - 341 Hearing

| 11/14/2012 | JMZ | 003 - 341 Hearing<br>Review status sheet. Review file to address issues. | 0.30<br>245.00/hr | 73.50 |
| 11/16/2012 | JMZ | 003 - 341 Hearing<br>Call from client with questions regarding 341 hearing. | 0.10<br>245.00/hr | 24.50 |
| 11/19/2012 | JMZ | 003 - 341 Hearing<br>Meeting with clients before 341 hearing to review Trustee's status sheet and IRS Form 2848, discussed what to expect at the hearing; appearance at 341 hearing; meeting with clients after the hearing to discuss how the hearing went as well as possible objections by the Trustee. | 2.20<br>245.00/hr | 539.00 |
| | | SUBTOTAL: | [    2.60 | 637.00] |

### 005 - Claims Administration

| 10/19/2012 | JMZ | 005 - Claims Administration<br>Review of Claim #1- Ford Motor Credit Company for accuracy and proof of ownership; reviewed file to compare with schedules and draft correspondence to client. | 0.10<br>245.00/hr | 24.50 |
| 10/23/2012 | JMZ | 005 - Claims Administration<br>Call from client with questions regarding POC's | 0.10<br>245.00/hr | 24.50 |
| 10/26/2012 | AEM | 005 - Claims Administration<br>Review of Claim #2-GE Capital Bank and Claim #3-Ally Financial for accuracy and proof of ownership; reviewed file to compare with schedules and draft correspondence to client. | 0.20<br>225.00/hr | 45.00 |
| 11/30/2012 | JMZ | 005 - Claims Administration<br>Review of Claim #4-Michigan Dept. of Treasury and Claim #5-Internal Revenue Service for accuracy and proof of ownership; reviewed file to | 0.20<br>245.00/hr | 49.00 |

|            |     |                                                                                                                                                                                                                                                                                             | Hrs/Rate          | Amount  |
|------------|-----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|---------|
|            |     | compare with schedules and draft correspondence to client.                                                                                                                                                                                                                                    |                   |         |
| 12/14/2012 | JMZ | 005 - Claims Administration<br>Review of Claim #6-Berry Moorman for accuracy and proof of ownership; reviewed file to compare with schedules and draft correspondence to client.                                                                                                              | 0.10<br>245.00/hr | 24.50   |
| 2/1/2013   | JMZ | 005 - Claims Administration<br>Review of Claims #7-Portfolio Recovery; Claim #8-Portfolio Recovery and Claim #9-Portfolio Recovery for accuracy and proof of ownership; reviewed file to compare with schedules and draft correspondence to client.                                           | 0.20<br>245.00/hr | 49.00   |
| 2/8/2013   | JMZ | 005 - Claims Administration<br>Review of Claims #10-Sallie Mae; Claim #11-Comcast and Claim #12-Comcast for accuracy and proof of ownership; reviewed file to compare with schedules and draft correspondence to client.                                                                      | 0.20<br>245.00/hr | 49.00   |
| 2/22/2013  | AEM | 005 - Claims Administration<br>Review of Claims #13-First State Bank and Claim #14-First State Bank for accuracy and proof of ownership; reviewed file to compare with schedules and draft correspondence to client.                                                                          | 0.20<br>225.00/hr | 45.00   |
|            |     | SUBTOTAL:                                                                                                                                                                                                                                                                                     | [    1.30         | 310.50] |
|            |     | 006 - Confirmation                                                                                                                                                                                                                                                                            |                   |         |
| 1/9/2013   | AEM | 006 - Confirmation<br>Drafted Confirmation Hearing Certificate and proposed Order Adjourning Hearing based on amended plan.                                                                                                                                                                   | 0.20<br>225.00/hr | 45.00   |
| 1/15/2013  | AEM | 006 - Confirmation<br>Meeting with clients before hearing to discuss the need for an adjournment so that all parties can review the amended plan and claims bar date can pass; attended status conference to request the adjournment; meeting with clients after the status conference to discuss adjournment and the next step. | 2.20<br>225.00/hr | 495.00  |
| 2/20/2013  | AEM | 006 - Confirmation<br>Telephone call with Debtor wife regarding agreement to best effort payment increase; drafted Confirmation Hearing Certificate and proposed Order Confirming Plan.                                                                                                       | 0.08<br>225.00/hr | 18.75   |
| 2/21/2013  | AEM | 006 - Confirmation<br>Email correspondence with Colleen Weis regarding resolution to the Trustee's Objections and the need to resolve the outstanding objection with the Creditor in order to get the case fast-tracked.                                                                      | 0.20<br>225.00/hr | 45.00   |
| 2/22/2013  | AEM | 006 - Confirmation<br>Revised Order Confirming Plan to include language regarding lift of stay upon expiration of the lease on the Ford Focus; email correspondence with                                                                                                                      | 0.30<br>225.00/hr | 67.50   |

James & Robin Howe                                                                                                                          Page    5

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
|  |  | Michael Hogan regarding agreement with added language and resolution of his Ford's objections. |  |  |
| 2/25/2013 | AEM | 006 - Confirmation<br>Review Trustee's email regarding fast track confirmation of case; telephone call to client regarding same and not necessary to appear at hearing tomorrow; answered numerous questions regarding tax returns as well as possibility of new employment. | 0.20<br>225.00/hr | 45.00 |
| 2/26/2013 | JMZ | 006 - Confirmation<br>Draft detailed letter to clients regarding confirmed plan and their duties and obligations regarding their case, including plan payments, taxes, etc. | 0.30<br>245.00/hr | 73.50 |
|  | SUBTOTAL: |  | [      3.48 | 789.75] |
|  | For professional services rendered |  | 14.38 | $3,400.25 |