**Ziulkowski & Associates, PLC**

17001 Nineteen Mile Rd., Suite 1-D
Clinton Township, MI 48038
www.zaplc.com

| In Re: |
|---|
| James & Robin Howe |
| 1569 Shore Club Drive |
| St. Clair Shores, MI 48080 |

| Case # | Trustee |
|---|---|
| 12-62389-PJS | David Wm. Ruskin |

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|

### 001- Case Management

| 4/3/2013 | JMZ | 001- Case Management<br>Review file. Draft reminder letter to clients regarding tax return and refund obligations and other matters relating to case. | 0.20<br>250.00/hr | 50.00 |
| 4/9/2013 | AEM | 001- Case Management<br>Review correspondence from Trustee to employer regarding increased plan payment; review file to double check that payment is accurate. | 0.20<br>235.00/hr | 47.00 |
| 5/22/2013 | JMZ | 001- Case Management<br>Review file. Draft reminder correspondence to clients of tax return / refund obligation. | 0.20<br>250.00/hr | 50.00 |
| 7/17/2013 | JMZ | 001- Case Management<br>Follow-up reminder correspondence to clients of tax return / refund obligation. | 0.10<br>250.00/hr | 25.00 |
| 8/1/2013 | JMZ | 001- Case Management<br>Review correspondence from Trustee regarding confirmation of case and outstanding issues that may impact discharge; correspondence to client regarding same. | 0.30<br>250.00/hr | 75.00 |
| 9/23/2013 | JMZ | 001- Case Management<br>Review transfer of Claim Transfer Agreement 3001 (e) 2 Transferor: GE Capital Retail Bank (Claim No. 2) To JEFFERSON CAPITAL SYSTEMS LLC. Review file. Correspondence to client | 0.10<br>250.00/hr | 25.00 |

|  |  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 1/10/2014 | JMZ | 001- Case Management | | 0.40 | 100.00 |
| | | Review file and 13 Network. Conduct plan calc to see if plan is running timely. Draft correspondence to client regarding January file review and any potential change in circumstances that could affect the case. | | 250.00/hr | |
| | | SUBTOTAL: | [ | 1.50 | 372.00] |
| | | 002 - Chapter 13 Plan | | | |
| 3/19/2013 | AEM | 002 - Chapter 13 Plan | | 0.10 | 23.50 |
| | | Call from clients with questions about their plan. | | 235.00/hr | |
| | | SUBTOTAL: | [ | 0.10 | 23.50] |
| | | 005 - Claims Administration | | | |
| 9/13/2013 | JMZ | 005 - Claims Administration | | 0.30 | 75.00 |
| | | Review Trustee's report of receipts and disbursements for September 2012 through August 31, 2013; review file and chapter 13 network to ensure case is running timely and what needs to be done if not. | | 250.00/hr | |
| | | SUBTOTAL: | [ | 0.30 | 75.00] |
| | | For professional services rendered | | 1.90 | $470.50 |