| In Re: |
|---|
| James & Robin Howe |
| 1569 Shore Club Drive |
| St. Clair Shores, MI 48080 |

| *Case #* | *Trustee* |
|---|---|
| 12-62389-pjs | David Wm. Ruskin |

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|

### 001- Case Management

| Date | Initials | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/5/2014 | JMZ | 001- Case Management<br>Review correspondence from Trustee to client regarding submission of tax refunds and a copy of the 2013 tax return. | 0.10<br>250.00/hr | 25.00 |
| 2/20/2014 | AEM | 001- Case Management<br>Meeting with client for annual review; discussed spouse's loss of employment and his change in employment as well as what needs to be done to obtain a new vehicle and the plan modification that we will have to file in order to stop the step payment increase due to expiration of vehicle lease. | 0.60<br>235.00/hr | 141.00 |
| 3/7/2014 | JMZ | 001- Case Management<br>Review Trustee's report of receipts and disbursements and file to ensure plan is running timely and no issues. | 0.20<br>250.00/hr | 50.00 |
| 3/21/2014 | JMZ | 001- Case Management<br>Review Trustee's request for turnover of tax returns and/or tax refunds filed; correspondence to client regarding same and the need to forward tax return to our office as well as turn over refund unless it was excused pursuant to court order. | 0.20<br>250.00/hr | 50.00 |
| 3/28/2014 | JMZ | 001- Case Management<br>Review correspondence from Trustee to employer regarding new plan payment; review file to double check payment is accurate. | 0.10<br>250.00/hr | 25.00 |
| 4/2/2014 | AEM | 001- Case Management<br>Telephone call from client regarding increased plan payment; discussed the reasons behind the increase and the importance of getting me over the | 0.20<br>235.00/hr | 47.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | necessary information for the new vehicle so that a plan modification can be completed based on the new vehicle payment. | | |
| 4/4/2014 | JMZ | 001- Case Management<br>Review correspondence from Trustee regarding notice of Change of Address and updating records. | 0.10<br>250.00/hr | 25.00 |
| 4/16/2014 | AEM | 001- Case Management<br>Reviewed updated pay stubs and proposed vehicle purchase agreement; amended schedules I & J based on updated income and expenses; forward same to the clients for review and signature. | 0.40<br>235.00/hr | 94.00 |
| 4/21/2014 | JMZ | 001- Case Management<br>Review correspondence from Trustee to client regarding second request for 2013 federal tax return; review file and send follow up correspondence to client regarding same. | 0.20<br>250.00/hr | 50.00 |
| 4/24/2014 | JMZ | 001- Case Management<br>Drafted stipulation and order to incur new debt to lease vehicle based on expiration of prior lease term; forward same to the Trustee for review and approval. | 0.30<br>250.00/hr | 75.00 |
| 4/30/2014 | AEM | 001- Case Management<br>Telephone call from client regarding having to turn in prior lease vehicle and the status of the approval of the order to incur new debt; email correspondence with Trustee on status of approved order. | 0.20<br>235.00/hr | 47.00 |
| 5/2/2014 | AEM | 001- Case Management<br>Email correspondence to and from Debtor regarding entered order to incur new debt and the need to forward me the signed financial documents once the sale is completed. | 0.20<br>235.00/hr | 47.00 |
| 5/13/2014 | JMZ | 001- Case Management<br>Review 2012 and 2013 filed taxes and forward same to the Trustee. | 0.30<br>250.00/hr | 75.00 |
| | SUBTOTAL: | | [      3.10 | 751.00] |

002 - Chapter 13 Plan

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/16/2014 | JMZ | 002 - Chapter 13 Plan<br>Performed chapter 13 network plan calc; prepared chapter 13 worksheet for new plan payment; drafted notice of proposed post confirmation plan modification; notice to creditors to object and proposed order modifying plan; forward same to client for review and signature. | 0.80<br>250.00/hr | 200.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/20/2014 | JMZ | 002 - Chapter 13 Plan<br>Review court docket to double check no responses were filed; drafted certificate of no response and certificate of service. | 0.20<br>250.00/hr | 50.00 |
| 5/21/2014 | AEM | 002 - Chapter 13 Plan<br>Draft stipulation and amended payment order; forward same to the Trustee for review and approval; draft correspondence to client regarding order modifying plan and the need to submit the increased plan payment until the new payment starts coming out of his check. | 0.30<br>235.00/hr | 70.50 |
| | | SUBTOTAL: | [    1.30 | 320.50] |
| | | 005 - Claims Administration | | |
| 5/20/2014 | JMZ | 005 - Claims Administration<br>Review amended proof of claim #1-Ford Motor Credit; compared with original claim and reviewed OCP to double check authority to file claim; draft correspondence to client regarding same. | 0.10<br>250.00/hr | 25.00 |
| | | SUBTOTAL: | [    0.10 | 25.00] |
| | | For professional services rendered | 4.50 | $1,096.50 |