UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:

James Patrick Howe,
Robin E Howe,
                    DEBTORS.
_____/

CHAPTER 13
CASE NO. 12-62389-PJS
JUDGE PHILLIP J. SHEFFERLY

**ORDER DEEMING PROOF OF CLAIM FILED ON BEHALF OF
NAVIENT SOLUTIONS, INC. FKA SALLIE MAE PC TRUST
(PACER CLAIM NO. 10-2) PAID AND SATISFIED IN FULL**

This matter came on for hearing upon the Objection to Proof of Claim filed by the Chapter 13 Standing Trustee pursuant to L.B.R. 3007-1 (E.D.M.), the Objection having been served with the Notice of Objection to Claim in accordance with the local bankruptcy rules, the requisite time for a response having passed, no response to the Objection having been timely filed and served, and the Court being otherwise sufficiently advised in the premises;

IT IS HEREBY ORDERED that the Proof of Claim filed on behalf of Navient Solutions, Inc., FKA Sallie Mae PC Trustee (PACER Claim No.10-2) (the "Claim") is deemed paid and satisfied in full. It is further

ORDERED that the Chapter 13 Trustee shall make no further distributions or payments on or in connection with the Claim; It is further

ORDERED that to the extent that the Chapter 13 Standing Trustee has previously made disbursements on or in connection with the Claim, the Trustee shall not be obligated to recoup the same.
 .
**Signed on June 22, 2016**

                                    **/s/ Phillip J. Shefferly**
                                    **Phillip J. Shefferly**
                                    **United States Bankruptcy Judge**